UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BREE DURHAM, Plaintiff, v. MICHAEL J. ASTRUE, Commissioner of Social Security, Defendant. | No. CV-06-3079-CI ORDER GRANTING STIPULATED MOTION FOR REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. 405(g) |

BEFORE THE COURT is the parties' stipulated Motion for remand of the above-captioned matter to the Commissioner for additional administrative proceedings. (Ct. Rec. 30). The parties have consented to proceed before a magistrate judge. (Ct. Rec. 7). After considering the stipulation of the parties,

**IT IS ORDERED** that the above-captioned case be **REVERSED** and **REMANDED** to the Commissioner of Social Security for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). On remand, the administrative law judge (ALJ) will consider the records and opinions of Judy Perry, M.D. (Tr. 397-446), and the opinions of Stephen Rubin, Ph.D. (Tr. 562-65), Jay M. Toews, Ed. D. (Tr. 261-65), and the state agency psychologist (Tr. 266-80, 281-

83); if necessary, the ALJ will obtain additional medical expert testimony. The ALJ will evaluate the severity of Plaintiff's mental impairment(s) and Plaintiff's credibility for the time period from December 31, 1987, through December 17, 2002. The ALJ will limit consideration of the issue of whether Plaintiff was disabled to the time period from December 31, 1987, through December 17, 2002. The ALJ will not disturb the ALJ's determination that Plaintiff was disabled on December 18, 2002.

**IT IS FURTHER ORDERED:**

1. The parties' stipulated Motion for Remand **(Ct. Rec. 30)** is **GRANTED**.

2. Judgment shall be entered for the **PLAINTIFF**.

3. An application for attorney fees may be filed by separate motion.

The District Court Executive is directed to enter this Order, forward copies to counsel, and thereafter shall close this file.

DATED May 31, 2007.

S/ CYNTHIA IMBROGNO
UNITED STATES MAGISTRATE JUDGE