UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

BREE DURHAM, )
 )
       Plaintiff, )
 )   NO.  CV-06-3079-CI
  v. )
 )   **JUDGMENT IN A**
MICHAEL J. ASTRUE, )   **CIVIL CASE**
Commissioner of Social Security, )
 )
       Defendant. )
_____)

**STIPULATION BY THE PARTIES**:

The parties have stipulated to the remand of the captioned matter pursuant to sentence four of 42 U.S.C. § 405(g).

**IT IS ORDERED AND ADJUDGED** that**:**

The matter is **REMANDED** for additional proceedings pursuant to sentence four of 42 U.S.C. § 405(g).  Judgment is entered for Plaintiff.

DATED this 31st day of May, 2007.

                              JAMES R. LARSEN
                              District Court Executive/Clerk

                              s/ L. Stejskal
                              Deputy Clerk